**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **LP 5301 NH AVE NW LLC** | ) | **Case No. 26-00614 ELG** |
| | ) | **(Chapter 11)** |
| **Debtor.** | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

Please enter the appearance of Shulman Rogers, P.A., Rebekah F. Paradis, Esquire, and Benjamin P. Smith, Esquire, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854, as attorneys for EagleBank, a secured creditor in the above-captioned proceeding. The undersigned hereby requests that all notices given or required to be given in this case, and any cases consolidated herewith, be given to and served upon the undersigned at the address noted above. This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivered, telephone, telegraph, telex, or via electronic (ECF) filing, or otherwise, which affects or seeks to affect the above case.

Rebekah F. Paradis
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
rparadis@shulmanrogers.com

Rebekah F. Paradis (DC Bar No. 90024579)
Benjamin P. Smith (DC Bar No. 985563)
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854
301 230-5257 (Paradis) / (301) 230-5241 (Smith)
rparadis@shulmanrogers.com / bsmith@shulmanrogers.com
*Counsel for EagleBank*

Benjamin P. Smith
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
bsmith@shulmanrogers.com

Respectfully submitted,

**SHULMAN ROGERS, P.A.**

By: /s/ Rebekah F. Paradis

Rebekah F. Paradis (DC Bar No. 90024579)
Benjamin P. Smith (DC Bar No. 985563)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL: (301) 230-5257 (Paradis)
(301) 230-5241 (Smith)
FAX: (301) 230-2891
Email: rparadis@shulmanrogers.com
bsmith@shulmanrogers.com

*Attorneys for EagleBank*

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this 24th day of November, 2026 I reviewed the Court's CM/ECF system and it reports that an electronic copy of this **Entry of Appearance and Request for Notices**, were served electronically by the Court's CM/ECF system on the following:

**Maurice Belmont VerStandig** mac@mbvesq.com
*Proposed Counsel for Debtor*

**Michael T. Freeman** michael.t.freeman@usdoj.gov
*U.S. Trustee*

**U. S. Trustee for Region Four** USTPRegion04.DC.ECF@USDOJ.GOV
*U.S. Trustee*

/s/ Rebekah F. Paradis
Rebekah F. Paradis