# Rent Roll

5301 New Hampshire Ave NW, Washington, DC 20011

*As of November 20, 2026*

| Unit | BD/BA | Tenant | Status | Rent | Past-Due Balance |
|---|---|---|---|---|---|
| 001 | 0/1 | Fiordaliza Morel | Occupied | $832 | |
| 002 | 2/1 | — | Vacant | | |
| 003 | 0/1 | — | Vacant | | |
| 004 | 1/1 | — | Vacant | | |
| 005 | 1/1 | — | Vacant | | |
| 101 | 0/1 | — | Vacant | | |
| 102 | 2/1 | — | Vacant | | |
| 103 | 0/1 | — | Vacant | | |
| 104 | 1/1 | — | Vacant | | |
| 105 | 0/1 | — | Vacant | | |
| 106 | 1/1 | — | Vacant | | |
| 107 | 1/1 | — | Vacant | | |
| 108 | 1/1 | — | Vacant | | |
| 109 | 2/1 | — | Vacant | | |
| 110 | 0/1 | — | Vacant | | |
| 111 | 1/1 | — | Vacant | | |
| 112 | 1/1 | Bernice John | Occupied | $1,144 | |
| 114 | 1/1 | — | Vacant | | |
| 201 | 1/1 | — | Vacant | | |
| 202 | 2/1 | — | Vacant | | |
| 203 | 0/1 | — | Vacant | | |
| 204 | 1/1 | — | Vacant | | |
| 205 | 1/1 | — | Vacant | | |
| 206 | 1/1 | — | Vacant | | |
| 207 | 1/1 | — | Vacant | | |
| 208 | 1/1 | Carlos Barahona-Valencia | Occupied | $1,266 | |
| 209 | 2/1 | Clara Jarquin | Occupied | $1,456 | |
| 210 | 0/1 | — | Vacant | | |
| 211 | 1/1 | Andrellos Mitchell | Occupied | $757 | $8,387 |
| 212 | 1/1 | — | Vacant | | |
| 214 | 1/1 | — | Vacant | | |
| 301 | 1/1 | Caroline John | Occupied | $1,167 | $1,301 |
| 302 | 2/1 | Francisco Umana | Occupied | $1,465 | |
| 303 | 0/1 | — | Vacant | | |
| 304 | 1/1 | — | Vacant | | |
| 305 | 1/1 | — | Vacant | | |
| 306 | 1/1 | — | Vacant | | |
| 307 | 1/1 | — | Vacant | | |
| 308 | 1/1 | — | Vacant | | |

| Unit | BD/BA | Tenant | Status | Rent | Past-Due Balance |
|---|---|---|---|---|---|
| 309 | 2/1 | — | Vacant | | |
| 310 | 0/1 | — | Vacant | | |
| 311 | 1/1 | Luis Malavet | Occupied | $1,183 | |
| 312 | 1/1 | — | Vacant | | |
| 314 | 1/1 | Mary Howard*** | Occupied | $1,211 | $5,551 |
| **44 Units** | | **Totals** | **20.5% Occ.** | **$10,481** | **$15,239** |

*** Deceased – squatter in the unit (Unit 314).*