EAGLEBANK

Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000085 IBSP1010260843420327 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 10/09/26 |
| Officer | BILL MCKNEW |
| Branch Number | 830 |
| Current Balance | $4,651,304.04 |
| Payment Due Date | 10/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,651,304.04 | 4.500000 | 11/23/26 | Principal Payment | 12,040.81 |
| | | | | Interest To 10/23/26 | 17,442.39 |
| | | | | **Total Due On 10/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 161,282.44 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

00000085-0000001-Page 000001 of 000002-IBSP1010260843420327-FORM226B

EAGLEBANK
Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000056 IBSP0912260849401281 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 09/11/26 |
| Officer | BILL MCKNEW |
| Branch Number | 830 |
| Current Balance | $4,662,719.20 |
| Payment Due Date | 09/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,662,719.20 | 4.500000 | 11/23/26 | Principal Payment | 11,415.16 |
| | | | | Interest To 09/23/26 | 18,068.04 |
| | | | | **Total Due On 09/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 143,214.40 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

00000056-0000001-Page 000001 of 000002-IBSP0912260849401281-FORM226B

EAGLEBANK
Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested

Page 1 of 1

# LOAN STATEMENT

00000023 IBSP0813260822381405 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 08/12/26 |
| Officer | BILL MCKNEW |
| Branch Number | 830 |
| Current Balance | $4,674,090.30 |
| Payment Due Date | 08/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,674,090.30 | 4.500000 | 11/23/26 | Principal Payment | 11,371.10 |
| | | | | Interest To 08/23/26 | 18,112.10 |
| | | | | **Total Due On 08/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 125,102.30 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

00000023-0000001-Page 000001 of 000002-IBSP0813260822381405-FORM226B

EAGLEBANK

Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested

Page 1 of 1

# LOAN STATEMENT

00000058 IBSP0711260905359837 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 07/10/26 |
| Officer | BILL MCKNEW |
| Branch Number | 830 |
| Current Balance | $4,686,001.00 |
| Payment Due Date | 07/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,686,001.00 | 4.500000 | 11/23/26 | Principal Payment | 11,910.70 |
| | | | | Interest To 07/23/26 | 17,572.50 |
| | | | | **Total Due On 07/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 107,529.80 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

0000058-0000001-Page 000001 of 000002-IBSP0711260905359837-FORM226B

**EAGLEBANK**

Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000048 IBSP0613260906341853 000001 100000 0M

LP 5301 NH AVE NW LLC
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 06/12/26 |
| Officer | BILL MCKNEW |
| Branch Number | 620 |
| Current Balance | $4,697,282.23 |
| Payment Due Date | 06/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,697,282.23 | 4.500000 | 11/23/26 | Principal Payment | 11,281.23 |
| | | | | Interest To 06/23/26 | 18,201.97 |
| | | | | **Total Due On 06/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 89,327.83 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

00000048-0000001-Page 000001 of 000002-IBSP0613260906341853-FORM226B

EAGLEBANK

Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000022 IBSP0513260824321261 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 05/12/26 |
| Officer | BRIAN HO |
| Branch Number | 620 |
| Current Balance | $4,709,106.28 |
| Payment Due Date | 05/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,709,106.28 | 4.500000 | 11/23/26 | Principal Payment | 11,824.05 |
| | | | | Interest To 05/23/26 | 17,659.15 |
| | | | | **Total Due On 05/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 71,668.68 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

00000022-0000001-Page 000001 of 000002-IBSP0513260824321261-FORM226B

EAGLEBANK

Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000065 IBSP0411260902300917 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 04/10/26 |
| Officer | BRIAN HO |
| Branch Number | 620 |
| Current Balance | $4,720,298.33 |
| Payment Due Date | 04/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,720,298.33 | 4.500000 | 11/23/26 | Principal Payment | 11,192.05 |
| | | | | Interest To 04/23/26 | 18,291.15 |
| | | | | **Total Due On 04/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 53,377.53 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

**Please return the bottom portion if you are making an additional loan payment.**

00000065-0000001-Page 000001 of 000002-IBSP0411260902300917-FORM226B

EAGLEBANK
Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested

Page 1 of 1

# LOAN STATEMENT

00000022 IBSP0313260824281213 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 03/12/26 |
| Officer | BRIAN HO |
| Branch Number | 620 |
| Current Balance | $4,733,215.27 |
| Payment Due Date | 03/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,733,215.27 | 4.500000 | 11/23/26 | Principal Payment | 12,916.94 |
| | | | | Interest To 03/23/26 | 16,566.26 |
| | | | | **Total Due On 03/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 36,811.27 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

0000022-0000001-Page 000001 of 000002-IBSP0313260824281213-FORM226B

EAGLEBANK
Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000025 IBSP0213260854263616 000001 100000 0M

LP 5301 NH AVE NW LLC
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 02/12/26 |
| Officer | BRIAN HO |
| Branch Number | 620 |
| Current Balance | $4,744,314.26 |
| Payment Due Date | 02/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,744,314.26 | 4.500000 | 11/23/26 | Principal Payment | 11,098.99 |
| | | | | Interest To 02/23/26 | 18,384.21 |
| | | | | **Total Due On 02/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 18,427.06 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

00000025-0000001-Page 000001 of 000002-IBSP0213260854263616-FORM226B

EAGLEBANK

Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000026 IBSP0113260825242843 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 01/12/26 |
| Officer | BRIAN HO |
| Branch Number | 620 |
| Current Balance | $4,755,370.40 |
| Payment Due Date | 01/23/26 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,755,370.40 | 4.500000 | 11/23/26 | Principal Payment | 11,056.14 |
| | | | | Interest To 01/23/26 | 18,427.06 |
| | | | | **Total Due On 01/23/26** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 0.00 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

**Please return the bottom portion if you are making an additional loan payment.**

00000026-0000001-Page 000001 of 000002-IBSP0113260825242843-FORM226B

EAGLEBANK

Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000061 IBSP121325090922497 5 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 12/12/25 |
| Officer | BRIAN HO |
| Branch Number | 620 |
| Current Balance | $4,766,977.43 |
| Payment Due Date | 12/23/25 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,766,977.43 | 4.500000 | 11/23/26 | Principal Payment | 11,607.03 |
| | | | | Interest To 12/23/25 | 17,876.17 |
| | | | | **Total Due On 12/23/25** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 202,400.83 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

**Please return the bottom portion if you are making an additional loan payment.**

00000061-0000001-Page 000001 of 000002-IBSP121325090922497 5-FORM226B

EAGLEBANK
Member FDIC PO Box 650032
DALLAS, TX 75265
301.986.1800 | 24/7 TeleBank 800.364.8313
Return Service Requested



# LOAN STATEMENT

00000091 IBSP1011250916186521 000001 100000 0M

LP 5301 NH AVE NW LLC
C O THEO ANDROUS
[redacted]

| | |
|---|---|
| Account/Note Number | [redacted]2001 |
| Statement Date | 10/10/25 |
| Officer | BRIAN HO |
| Branch Number | 620 |
| Current Balance | $4,789,468.78 |
| Payment Due Date | 10/23/25 |
| Amount Due | $29,483.20 |

***Your Account Number XXXXXXX6807 Will Be Charged***
***Call 301-986-1800 with questions on your bill.***

## SUMMARY

| Note/Category | Current Balance | Interest Rate | Maturity Date | Description | Amount Due |
|---|---|---|---|---|---|
| 82001/C | 4,789,468.78 | 4.500000 | 11/23/26 | Principal Payment | 11,522.69 |
| | | | | Interest To 10/23/25 | 17,960.51 |
| | | | | **Total Due On 10/23/25** | **$29,483.20** |

## YEAR-TO-DATE SUMMARY

| | | | |
|---|---|---|---|
| Interest Paid | 165,925.78 | Escrow Interest Paid | 0.00 |
| Unapplied Funds | 0.00 | Escrow Balance | 0.00 |
| Taxes Disbursed | 0.00 | | |

BALANCES LISTED ON THIS STATEMENT ARE NOT PAYOFF BALANCES. FOR A PAYOFF STATEMENT, CALL THE CUSTOMER CARE CENTER AT 301.986.1800. INTEREST AND ANY APPLICABLE FEES/CHARGES WILL CONTINUE TO ACCRUE UNTIL A FULL PAYOFF IS RECEIVED.

Please return the bottom portion if you are making an additional loan payment.

00000091-0000001-Page 000001 of 000002-IBSP1011250916186521-FORM226B