Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-614-ELG |
| | ) | (Chapter 11) |
| LP 5301 NH AVE LLC | ) | |
| | ) | |
| Debtor. | ) | |

**MOTION TO HOLD FIRST DAY HEARING**

Comes now LP 5301 NH Ave LLC ("LP 5301" or the 'Debtor"), by and through undersigned proposed counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006, and moves this Honorable Court to hold a first day hearing in this matter, via Zoom, on Monday, November 30, 2026, at 10:30 am prevailing eastern time, and in support thereof states as follows:

The Debtor has docketed a motion for leave to use cash collateral, ECF No. 6, which is the sole "first day" motion in this case. While it is possible utility-centric issues, or a critical vendor designation, may need to be addressed in the coming days or weeks, neither has risen to the level of a filing substantially concurrent with the petition for relief. Similarly, while the Debtor does anticipate rejecting several leases on an expedited basis, that is also something that—for the time being—can wait until after a national celebration of poultry, parades and pigskin.

It is customary for "first day" matters to be heard on shortened notice. *In re Goodrich Quality Theaters, Inc.*, 616 B.R. 514, 516 (Bankr. W.D. Mich. 2020). And, as expressed in the underlying motion, there exists a cognizable exigency necessitating a prompt ruling, so as to enable

the Debtor to operate as debtors-in-possession in a prudent and responsible fashion. The Debtor accordingly ask this Honorable Court hold a hearing on the aforesaid motion at 10:30 am on Monday, November 30, 2026, and with such hearing to be conducted via Zoom, and with written briefs in opposition to the Motion being due not later than 7:00 pm on Sunday, November 29, 2026.

Respectfully submitted,

Dated: November 24, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

Christianna A. Cathcart, Esq.
Bar No. ND0008
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig