IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-614-ELG |
| | ) | (Chapter 11) |
| LP 5301 NH AVE LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER SCHEDULING HEARING ON FIRST DAY MOTION**

Upon consideration of the Motion to Hold First Day Hearing (the "Motion") filed by LP 5301 NH Ave LLC ("LP 5301" or the 'Debtor"), it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that a hearing on the first day motion shall be held at 10:30 am prevailing Eastern Time on Monday, November 30, 2026, via Zoom, and parties in interest may contact Gunn_Hearings@dcb.uscourts.gov for log-in credentials; and it is further

ORDERED, that any party wishing to oppose the first day motion shall do so by written brief, docketed not later than 7:00 pm prevailing Eastern Time on Sunday, November 29, 2026, *provided, however*, that such shall apply only to opposition to the granting of interim relief, with

parties being permitted to and through December 15, 2026 to file a brief in opposition to the granting of final relief; and it is further

ORDERED, that proposed counsel for the Debtor shall cause a copy of this order to be sent, via e-mail, to counsel known to represent parties in interest, in addition to ordinary service via CM/ECF, with such sufficing as notice of the motion for leave to use cash collateral and of the hearing scheduled herein.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtor*