IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-614-ELG |
| | ) | (Chapter 11) |
| LP 5301 NH AVE LLC | ) | |
| | ) | |
| Debtor. | ) | |

**INTERIM ORDER GRANTING LEAVE TO USE CASH COLLATERAL**

Upon consideration of the *Motion for Leave to Use Cash Collateral* (the "Motion"), ECF No. 6, filed by LP 5301 NH Ave LLC ("LP 5301" or the "Debtor"), the authorities cited therein, the exhibits thereto, the record herein, and the agreement of EagleBank as evidenced by the endorsement of its counsel upon this order, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that the Debtor owns and operates—through a management company that is an insider of LP 5301—the real property commonly known as 5301 New Hampshire Avenue, NW, Washington, DC 20011 (the "Property"); and it is further

FOUND, that the Debtor is lawfully indebted to EagleBank—in a sum this Honorable Court need not adjudicate as of present—with said debt being secured by a properly-perfected lien on the Property and an assignment of rents therefrom; and it is further

FOUND, that the Debtor's ongoing operation of the Property is necessary to preserve and optimize the value thereof, being a benefit to both secured and unsecured creditors alongside the Debtor's equity interest; and it is further

FOUND, that the Debtor has voluntarily designated this matter as a single asset real estate case; and it is thereby

ORDERED, that the Motion be, and hereby is, GRANTED subject to the limitations set forth herein; and it is further

ORDERED, that the Debtor may utilize the rental revenue generated by the Property, for the budgetary purposes set forth in the Motion, to and through February 28, 2027; and it is further

ORDERED, that as adequate protection for the use of the cash collateral of EagleBank, the Debtor shall remit—or cause to be remitted—to EagleBank, on or before the 23rd day of each of December 2026, January 2027, and February 2027, payments of the sum of Eighteen Thousand Two Hundred One Dollars and Ninety Seven Cents ($18,201.97) each; and it is further

ORDERED, that non-rental revenues contributed to the Debtor for purposes of the remittance of cash collateral payments, or funds paid directly to EagleBank—by one or more third parties—for purposes of the remittance of the Debtor's cash collateral payments, shall be (i) deemed capital contributions, if emanating from the Debtor's equity interest; and (ii) deemed gratuitous contributions, if emanating from any other source, but shall not, under any circumstances, be regarded as loans, absent further intervening order of this Honorable Court; and it is further

ORDERED, that the foregoing payments are deemed to meet or exceed the rigors of section 362(d)(3)(B)(ii) of title 11 of the United States Code and the making of said payments shall constitute the Debtor’s compliance with the provisions of the aforesaid statutory provision; and it is further

ORDERED, that the interest reserve being held by EagleBank shall remain in place for the life of this order, with the Debtor not being able to withdraw monies therefrom and with EagleBank not being permitted to utilize the funds for setoff for so long as the Debtor remains in compliance with the rigors of this order; and it is further

ORDERED, that the relief provided for herein is interim in nature, without prejudice to the rights of any party upon the expiration of the time period covered by this order, with said time period expressly expiring on February 28, 2027 except and unless as modified by further order of this Honorable Court.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtor*

Seen and Agreed:

/s/ Benjamin P. Smith
Benjamin P. Smith (DC Bar No. 985563)
Rebekah F. Paradis (DC Bar No. 90024579)

12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL: (301) 230-5241 (Smith)
(301) 230-5241 (Paradis)
FAX: (301) 230-2891
Email: bsmith@shulmanrogers.com
rparadis@shulmanrogers.com
*Attorneys for EagleBank*